IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STRAIGHT PATH IP GROUP, INC.,

    Plaintiff,

v.

AVAYA INC.,

    Defendant.

No. C 14-04309 WHA

**ORDER RE STIPULATION TO STAY LITIGATION**

The parties' stipulation to stay this action pending the Federal Circuit's decision with respect to *Sipnet EU S.R.O. v. Straight Path IP Group, Inc.*, IPR No. 2013-00246, is **DENIED WITHOUT PREJUDICE**. While the undersigned judge is sympathetic to a stay of the portion of the case involving the patent now on appeal, there are three other asserted patents for which the PTAB has not yet decided whether to institute review. Given that this case was only recently reassigned to the undersigned judge, a case management conference is hereby set for **DECEMBER 18, 2014, AT 11:00 A.M.** A case management statement is due **DECEMBER 11, 2014**. Please report to Courtroom 8, on the 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Avaya's response to the complaint is due by **DECEMBER 4, 2014**. No deadline is stayed for now.

    **IT IS SO ORDERED.**

Dated: November 20, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE