IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br>    Plaintiff, <br><br>  v. <br><br> AVAYA INC., <br><br>    Defendant. <br> ──────────────────────────── / <br> STRAIGHT PATH IP GROUP, INC., <br><br>    Plaintiff, <br><br>  v. <br><br> CISCO SYSTEMS, INC., <br><br>    Defendant. <br> ──────────────────────────── / | No. C 14-04309 WHA <br> No. C 14-04312 WHA <br><br> **REQUEST RE MOTIONS TO DISMISS** |

This request will be filed in both above-captioned actions. Defendants Avaya Inc. and Cisco Systems, Inc. have filed motions to dismiss based on alleged pleading deficiencies. To save the parties' expense, lead plaintiff's counsel shall promptly arrange telephonic conference(s) with lead defense counsel. By **DECEMBER 12 AT NOON**, please file joint statements stating whether plaintiff will promptly move for leave to file a first amended complaint, whether the parties stipulate to the filing of any proposed first amended complaint, whether defendants plan on withdrawing their pending motions to dismiss, and how long the parties met-and-conferred.

Dated:   December 5, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE